IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

NEMANCO, INC.                                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 4:06cv8 TSL-JCS

NEEMA AND COMPANY, LLC d/b/a
JEAN PAUL DA'MAGE, LLC                              DEFENDANT

## MINUTE ENTRY ORDER

In view of the fact that defendant Jean Paul Da'Mage, LLC, formerly known as Neema and Company, LLC, is involved in involuntary bankruptcy proceedings in the United States Bankruptcy Court for the Western District of North Carolina, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party may initiate proceedings in the same manner as if this minute entry order had not been entered.

SO ORDERED this the 3rd day of October, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE